# Court of Appeals
# of the State of Georgia

ATLANTA,  November 05, 2024

*The Court of Appeals hereby passes the following order:*

**A25E0035. NIKITA L. BARNES v. CATAMOUNT PROPERTIES 2018 LLC.**

Nikita L. Barnes has filed an emergency motion to stay eviction with this Court. Because Barnes's motion does not meet the requirements of Court of Appeals Rule 40 (b), we decline to exercise our limited powers under Rule 40 (b), and the emergency motion is hereby DENIED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,  11/05/2024*

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*